# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEXIS ANN MARIE MILLER-GABLER,<br><br>Defendant. | MJ 26-85-GF-JTJ<br><br>**JUDGMENT** |

Defendant Lexis Ann Marie Miller-Gabler (Miller-Gabler) appeared before the Court on September 1, 2026, and consented to be tried before the undersigned. After doing so, Miller-Gabler entered a plea of guilty to the crime of Illegal Entry by Alien, in violation of 8 U.S.C. § 1325(a). Miller-Gabler's plea of guilty was made knowingly, intelligently, and voluntarily. Miller-Gabler understood her constitutional rights and the extent to which such rights were waived by a plea of guilty.

Having considered the evidence, sentencing recommendations of the parties, Miller-Gabler's allocution, and the sentencing factors in 18 U.S.C § 3553, the Court enters the following sentence:

1. Miller-Gabler shall serve a custodial sentence of time served, with no term of supervised release to follow.

2. No fine or special assessment is imposed.

**NOTICE OF RIGHT TO APPEAL**

Miller-Gabler was advised that, pursuant to 18 U.S.C. § 3742(h) and Federal Rule of Criminal Procedure 58(g)(2)(B), she has the right to appeal the sentence imposed in this case to a United States District Court Judge within 14 days after entry of this Judgment. Miller-Gabler waived her right of appeal.

The Clerk shall notify the parties of the entry of this Judgment.

DATED this 1st day of September 2026.

John Johnston
United States Magistrate Judge